UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF NEW YORK  
*********************************

Index No. CV5119/04

Reliance Insurance Company

                Plaintiff

-against-

Diversified Inch By Inch, Inc.  
26 Court Street, Brooklyn, New York 11201

                Defendant  
*********************************

STIPULATION OF  
DISCONTINUANCE  
WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas, no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: 5/17/07

Max D. Leifer, Esq.  
628 Broadway - Suite 300  
New York, New York 10012  
Attorney(s) for Defendant(s)

Louis Haddad, Esq. (LH-9460)  
6501 Bay Parkway  
Brooklyn, NY 11204  
718-676-1198  
Attorney for Plaintiff

Kiyo A. Matsumoto

5/18/07